AO 455(Rev. 5/85) Waiver of Indictment

#21

**FILED**
JUL 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JESUS PASILLAS-VARGAS (2) | CASE NUMBER: 08CR 2330-H |

I, JESUS PASILLAS-VARGAS, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7/15/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Jesus Pasillas_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER

Brenda Leyva, Interpreter 7/9/08